THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Index No.: CV13-1235
Filed On:

JAMES MOODY

-against-

THE CITY OF NEW YORK et al

Affidavit of Service
**SUBSTITUTE**

---

STATE OF NEW YORK, COUNTY OF NEW YORK: HYRERE B. ELLIOTT, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 10/21/2013 at 11:45 AM at NYC DEPT. OF HOMELESS SERVICE, LEGAL AFFAIR OFFICE, 33 BEAVER STREET, 17TH FLR., NEW YORK, NY 10004, your deponent served the COMPLAINT bearing Index # CV13-1235 upon SGT. WILLIAMS, by delivering a true copy in a plain envelope marked 'personal and confidential' to a person of suitable age and discretion, to wit: Gloria Linglais, legal clerk, who verified that the intended recipient actually is employed at this location.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

Gender: Female
Skin Color: White
Hair Color: Brown
Approximate Age: 40
Approximate Height: 5ft4in-5ft7in
Approximate Weight: 100 - 110
Other Information: glasses

That on 10/23/2013, your deponent mailed a true copy of same by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: NYC DEPT. OF HOMELESS SERVICE, LEGAL AFFAIR OFFICE, 33 BEAVER STREET, 17TH FLR., NEW YORK, NY 10004 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

That at the time of service as aforesaid, your deponent asked person spoken to whether the intended recipient was currently enrolled in military service or dependent on someone in the military service of the United States of America and received a negative reply. Upon such information, I aver that the named recipient is not actively enrolled in nor dependent on someone in the military service of the United States of America.

Sworn to before me on 10/23/2013:

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2015

HYRERE B. ELLIOTT
NYC License # - 1418324

---

Vikrant Pawar, Esq.
20 Vesey Street, Suite 1210
New York, NY 10007
Phone: 212-571-0805
File No. MOODY

RETURN TO: Nationwide Court Services, Inc.
20 VESEY ST REAR LOBBY
NEW YORK, NY 10007
DCA Lic#:1037536 Ph: 212-349-3776
(NCS315834) SP 357139